JOHN J. WITKOWSKI, PLAINTIFF-PETITIONER, v. BOARD OF EDUCATION OF THE CITY OF JERSEY CITY, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Parisi, Evers & Greenfield* for the petitioner.

*Mr. Sydney I. Turtz* for the respondent.

September 19, 1967. Denied.

JOAN BYERS, *ET ALS.*, PETITIONERS-RESPONDENTS, v. THE BOARD OF EDUCATION OF THE CITY OF BRIDGE-TON, RESPONDENT, AND HELEN BURGER, *ET ALS.*, INTERVENORS-PETITIONERS, v. THE BOARD OF EDU-CATION OF THE CITY OF BRIDGETON, *ET AL.*, RE-SPONDENTS-RESPONDENTS.

*Mr. Philip L. Lipman* for the petitioners.

*Mr. Arthur J. Sills* and *Mr. Stephen G. Weiss* for the respondents-respondents.

*Mr. Arnold Brown, Mr. Robert L. Carter* and *Miss Barbara A. Morris* for the petitioners-respondents.

September 19, 1967. Denied.

JOSEPH MIELE CONSTRUCTION CO., INC., *ET AL.*, PLAIN-TIFFS-PETITIONERS, v. BOROUGH OF EMERSON, DE-FENDANT-RESPONDENT.

*Messrs. Heller & Laiks* for the petitioners.

*Mr. John P. Markey* and *Mr. William E. Bannon* for the respondent.

September 19, 1967. Denied.